## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CYNTHIA ULMER,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)   **8:06CV372**<br>) |
| vs. | )<br>)   **ORDER** |
| **MIDWEST FITNESS SYSTEMS, INC.,**<br>**d/b/a GOLD'S GYM, and**<br>**NORTHWEST FITNESS SYSTEMS,**<br>**INC. d/b/a GOLD'S GYM,** | )<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

For good cause shown, and noting that plaintiff has filed a corrected document,

**IT IS ORDERED** that plaintiff's Motion to Strike [6] is granted. Filing [5] is hereby stricken from the record.

**DATED May 24, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**