IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA ULMER, | ) |
| Plaintiff, | ) |
| | ) 8:06CV372 |
| vs. | ) |
| | ) ORDER |
| MIDWEST FITNESS SYSTEMS, INC., | ) |
| d/b/a GOLD'S GYM, and | ) |
| NORTHWEST FITNESS SYSTEMS, | ) |
| INC. d/b/a GOLD'S GYM, | ) |
| | ) |
| Defendants. | ) |

For good cause shown, and noting that plaintiff has filed a corrected document,

**IT IS ORDERED** that plaintiff's Motion to Strike [6] is granted.  Filing [5] is hereby stricken from the record.

**DATED May 24, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge