# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CYNTHIA ULMER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **8:06CV372** |
| ) | |
| **MIDWEST FITNESS SYSTEMS, INC.,** ) | **ORDER** |
| **d/b/a Gold's Gym, and NORTHWEST** ) | |
| **FITNESS SYSTEMS, INC., d/b/a Gold's** ) | |
| **Gym,** ) | |
| ) | |
| **Defendants.** ) | |

THIS MATTER is before the court on plaintiff's Motion for Enlargement of Time (Filing No. 23) requesting an extension of time for plaintiff to designate expert witnesses. Upon the representation that the motion is unopposed, the court finds that the motion should be granted.

**IT IS ORDERED** that plaintiff's motion [23] is granted. Plaintiff is given until and including January 26, 2007 to serve expert witness disclosures in accordance with paragraph 3 of the Final Progression Order [20]. Defendants are given a corresponding extension of time to February 26, 2007 to serve expert witness disclosures.

**DATED January 9, 2007.**

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**