IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CYNTHIA ULMER, | ) | CASE NO: 8:06CV00372 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION FOR |
| | ) | ENLARGEMENT OF TIME |
| MIDWEST FITNESS SYSTEMS, INC., | ) | |
| d/b/a GOLD'S GYM, and NORTHWEST | ) | |
| FITNESS SYSTEMS, INC. d/b/a GOLD'S | ) | |
| GYM, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the Court on the Plaintiff's Motion For Extension of Time (Filing No. 39) requesting an extension in which to file her response to Defendants' Motion for Summary Judgment from June 1, 2007 to June 15, 2007.  The motion is not opposed. The Court finds that Plaintiff's Motion For Extension of Time should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion (Filing No. 39) is granted;

2. The Plaintiff's brief and evidence in response to the Defendants' Motion for Summary Judgment shall be filed on or before June 15, 2007.

Dated this 24th day of May, 2007

BY THE COURT:

s/Laurie Smith Camp
United States District Judge